# Criminal Case Cover Sheet

**U.S. District Court**

**Place of Offense:**
City: Hagåtña
Country/Parish: _____

**Related Case Information:**
Superseding Indictment _____ Docket Number 07-00004
Same Defendant _____ New Defendant __X__
Search Warrant Case Number _____
R 20/ R 40 from District of _____

**Defendant Information:**

Juvenile: Yes ____ No __X__    Matter to be sealed: ____ Yes __X__ No

Defendant Name: Peter Ogo Aguero

Alias Name: _____

Address: _____
Yona, Guam

Birthdate xx/xx/1964    SS# Xxx-xx-9152    Sex M    Race PI    Nationality Chamorro

**U.S. Attorney Information:**

AUSA: Rosetta L. San Nicolas

Interpreter: __X__ No ____ Yes    List language and/or dialect: _____

**RECEIVED JAN 1 0 2007 DISTRICT COURT OF GUAM HAGATNA, GUAM**

**Location Status:**

Arrest Date: _____

☐ Already in Federal Custody as of _____ in _____
☐ Already in State Custody
☐ On Pretrial Release

**U.S.C. Citations**

Total # of Counts: 8    ____ Petty ____ Misdemeanor __X__ Felony

| Index Key/Code | Description of Offense Charged | Count(s) |
|---|---|---|
| Set 1  18 USC 922a1A & 924a1D | Dealing in Firearms | 1, 2, 3 |
| Set 2  18 USC 842h & 844a | Explosive Materials | 5, 6, 7, 9 |
| Set 3  18 USC 842j & 844b  27 CFR 55.201 | Improper Storage of Explosives | 10 |
| Set 4  _____ | _____ | _____ |

(May be continued on reverse)

Date: 1/10/07    Signature of AUSA: [signature]

**ORIGINAL**