# Criminal Case Cover Sheet U.S. District Court

**Place of Offense:**

City _____Hagåtña_____

Country/Parish _____

**Related Case Information:**

07-00004

Superseding Indictment _____ Docket Number _____
Same Defendant _____ New Defendant __X__
Search Warrant Case Number _____
R 20/ R 40 from District of _____

**Defendant Information:**

Juvenile: Yes ____ No __X__    Matter to be sealed: ____ Yes __X__ No

Defendant Name _____Linda Aguero_____

Alias Name _____

Address _____

_____Yona, Guam_____

Birthdate xx/xx/1967   SS# _____   Sex __F__   Race __PI__   Nationality __Chamorro__

**U.S. Attorney Information:**

AUSA _____Rosetta L. San Nicolas_____

Interpreter: __X__ No ____ Yes   List language and/or dialect: _____

**RECEIVED JAN 1 0 2007 DISTRICT COURT OF GUAM HAGATNA, GUAM**

**Location Status:**

Arrest Date _____

☐ Already in Federal Custody as of _____ in _____

☐ Already in State Custody

☐ On Pretrial Release

**U.S.C. Citations**

Total # of Counts: __5__   ____ Petty ____ Misdemeanor __X__ Felony

| | Index Key/Code | Description of Offense Charged | Count(s) |
|---|---|---|---|
| Set | 1  18 USC 922a1A & 924a1D | Dealing in Firearms | 4 |
| Set | 2  18 USC 842h & 844a | Explosive Materials | 5, 8, 9 |
| Set | 3  18 USC 842j & 844b  27 CFR 55.201 | Improper Storage of Explosives | 10 |
| Set | 3 | | |
| Set | 4 | | |

(May be continued on reverse)

Date: __1/10/07__   Signature of AUSA: _____[signature]_____

**ORIGINAL**