# ORIGINAL

1  peteragueroseal

2  LEONARDO M. RAPADAS
   United States Attorney
3  ROSETTA L. SAN NICOLAS
   Assistant U.S. Attorney
4  Suite 500, Sirena Plaza
   108 Hernan Cortez Ave.
5  Hagåtña, Guam 96910
   Tel: (671) 472-7332
6  Fax: (671) 472-7334

7  Attorneys for the United States of America

**FILED**

DISTRICT COURT OF GUAM

JAN 10 2007

MARY L.M. MORAN
CLERK OF COURT

8

9            IN THE UNITED STATES DISTRICT COURT

10              FOR THE TERRITORY OF GUAM

11

12  UNITED STATES OF AMERICA,        ) CRIMINAL CASE NO. 07-00004 t
                                      )
13              Plaintiff,            )
                                      )
14        vs.                         ) **APPLICATION TO SEAL RECORD**
                                      )
15  PETER OGO AGUERO,                 )
    and LINDA G. AGUERO,              )
16                                    )
                Defendants.           )
17  _____ )

18

19        The United States moves this Honorable Court for an order sealing the record in the

20  above-entitled case until the arrest of the defendants and that further investigation is still pending

21  in this matter, which may be hindered by making this cause available for public scrutiny.

22        Respectfully submitted this 10th day of January 2007.

23                                    LEONARDO M. RAPADAS
                                      United States Attorney
24                                    Districts of Guam and NMI

25                          By:

26                                    ROSETTA L. SAN NICOLAS
                                      Assistant U.S. Attorney
27

28