# UNITED STATES DISTRICT COURT

District of _____ GUAM

UNITED STATES OF AMERICA

V.

PETER OGO AGUERO

**WARRANT FOR ARREST**

Case Number: CR-07-00004-001

**FILED**
DISTRICT COURT OF GUAM
JAN 12 2007 *mba*
MARY L.M. MORAN
CLERK OF COURT

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest     PETER OGO AGUERO
                                         Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☑ Indictment  ☐ Information  ☐ Complaint  ☐ Order of court  ☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice

charging him or her with   (brief description of offense)

Counts I, II, III - Dealing in Firearms, 18 U.S.C. §§ 922(a)(1)(A) & 924 (a)(1)(D)
Counts V, VI, VII, IX - Explosive Materials, 18 U.S.C. §§ 842(h) & 844(a)
Count X - Improper Storage of Explosives, 18 U.S.C. §§ 842(j) & 844(b) and 27 C.F.R. Secs. 55.201 et seq., (1987)

in violation of Title _____ United States Code, Section(s) _____

| MELISSA L. TRAUNER | *[signature]* |
|---|---|
| Name of Issuing Officer | Signature of Issuing Officer |
| Deputy Clerk | 1/10/2007     HAGATNA, GUAM |
| Title of Issuing Officer | Date          Location |

---

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at

ATF office in Mongmong

| DATE RECEIVED 1/11/07 | NAME AND TITLE OF ARRESTING OFFICER S/A HOANG M. NGUYEN | SIGNATURE OF ARRESTING OFFICER *[signature]* |
|---|---|---|
| DATE OF ARREST 1/12/07 | | |

### THE FOLLOWING IS FURNISHED FOR INFORMATION ONLY:

DEFENDANT'S NAME: __PETER OGO AGUERO__

ALIAS: ____

LAST KNOWN RESIDENCE: ____

LAST KNOWN EMPLOYMENT: ____

PLACE OF BIRTH: ____

DATE OF BIRTH: ____

SOCIAL SECURITY NUMBER: ____

HEIGHT: ____        WEIGHT: ____

SEX: ____        RACE: ____

HAIR: ____        EYES: ____

SCARS, TATTOOS, OTHER DISTINGUISHING MARKS:


FBI NUMBER: ____

COMPLETE DESCRIPTION OF AUTO:


INVESTIGATIVE AGENCY AND ADDRESS: