PS 42
(Rev. 07/93)

# United States District Court
District of Guam

**FILED**
DISTRICT COURT OF GUAM
JAN 22 2007
MARY L.M. MORAN
CLERK OF COURT

United States of America )
)
vs. )
)
Peter Ogo Aguero )

Case No: 07-00004

## CONSENT TO MODIFY CONDITIONS OF RELEASE

I, Peter Ogo Aguero, have discussed with Christopher J. Duenas, Pretrial Services/Probation Officer, modifications of my release conditions as follows:

The defendant shall submit to any method of testing required by the pretrial services office or the supervising officer for determining whether the defendant is using a prohibited substance. Such methods may be used with random frequency and include urine testing, alcohol testing, and /or any form of prohibited substance screening or testing; and,

The defendant shall participate in a program of substance abuse therapy and counseling if deemed advisable by the pretrial services office or supervising officer.

I consent to this modification of my release conditions and agree to abide by this modification.

Peter Ogo Aguero   1/18/07            Christopher J. Duenas   1/18/07
Signature of Defendant   Date          Pretrial Services/Probation Officer   Date

I have reviewed the conditions with my client and concur that this modification is appropriate.

John T. Gorman                          1/18/07
Signature of Defense Counsel            Date

[X] The above modification of conditions of release is ordered, to be effective on _immediately_.

[ ] The above modification of conditions of release is *not* ordered.

U.S. District Court of Guam             1/22/07
                                        Date

**ORIGINAL**

Case 1:07-cr-00004   Document 18   Filed 01/22/2007   Page 1 of 1