JOHN T. GORMAN
Federal Public Defender
First Hawaiian Bank Building
400 Route 8, Suite 501
Mongmong, Guam 96910
Telephone: (671) 472-7111
Fax: (671) 472-7120

Attorney for Defendant
PETER OGO AGUERO

FILED
DISTRICT COURT OF GUAM
MAR - 1 2007
MARY L.M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) CR 07-00004 |
| Plaintiff, | ) STIPULATION TO CONTINUE TRIAL |
| | ) DATE AND EXCLUDING TIME |
| vs. | ) |
| PETER OGO AGUERO, | ) |
| Defendants. | ) |

IT IS HEREBY STIPULATED AND AGREED by and between the parties herein that the Defendant's Trial presently scheduled for March 8, 2007, at 9:30 a.m., be continued for 21 days to March 29, 2007, or a date convenient for the Court's calendar.

The parties request this continuance to allow defense counsel to further review the discovery, conduct investigation and consult with his client in preparation for trial. In addition, defense counsel will starting on trial on March 1, 2007 that is anticipated to last 2-3 days and thus will not have adequate time to prepare for trial.

ORIGINAL

IT IS FURTHER STIPULATED AND AGREED by and between the parties that the time period beginning and including March 8, 2007, to and including _____, 2007, be excluded from the computations required by the Speedy Trial Act, 18 U.S.C. § 3161.

Therefore, for the reasons set forth in this stipulation, the parties respectfully submit that this continuance is in Mr. Aguero's best interests, furthers judicial economy and efficiency and is in society's best interests. Mr. Aguero has been consulted and concurs with the proposed continuance. Thus, the ends of justice are best served by this proposed continuance.

IT IS SO STIPULATED:

DATED: Mongmong, Guam, February 28, 2007.

_____
JOHN T. GORMAN
Attorney for Defendant
PETER OGO AGUERO

_____
ROSETTA SAN NICOLAS
Attorney for Plaintiff
UNITED STATES OF AMERICA

2

Case 1:07-cr-00004   Document 26   Filed 03/01/2007   Page 2 of 2