JOHN T. GORMAN
Federal Public Defender
400 Route 8, Suite 501
Mongmong, Guam 96910
Telephone: (671) 472-7111

Attorney for Defendant
PETER OGO AGUERO

IN THE UNITED STATES DISTRICT COURT
FOR THE TERRITORY OF GUAM

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR 07-00004 |
| | ) | |
| Plaintiff, | ) | ORDER re: STIPULATION TO |
| | ) | CONTINUE TRIAL AND EXCLUDING |
| vs. | ) | TIME |
| | ) | |
| PETER OGO AGUERO, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

The Stipulation filed on February 28, 2007, to continue Trial to April 3, 2007, at 9:30 a.m., is Hereby Approved and So Ordered. IT IS ALSO APPROVED AND SO ORDERED, based on the above-referenced stipulation, that the time between March 8, 2007 and April 3, 2007, is deemed excludable pursuant to 18 U.S.C. § 3161(h)(8)(A) and that the ends of justice are best served by continuing the case as requested and outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act, 18 U.S.C. § 3161.

DATED: Hagatna, Guam, March 2, 2007.



/s/ Hon. Frances M. Tydingco-Gatewood
Chief Judge