# IN THE DISTRICT COURT OF GUAM
# TERRITORY OF GUAM
# CRIMINAL MINUTES
# CHANGE OF PLEA

CASE NO.: CR-07-00004-001          DATE: March 07, 2007

HON. JOAQUIN V. E. MANIBUSAN, JR., Magistrate Judge, Presiding
Law Clerk: Judith P. Hattori      Court Reporter: Wanda Miles
Courtroom Deputy: Leilani Toves Hernandez    Electronically Recorded: 10:12:01 - 10:42:13
CSO: B. Benavente / J. Lizama

**APPEARANCES:**
Defendant: Peter Ogo Aguero      Attorney: John Gorman
☑ Present ☐ Custody ☐ Bond ☑ P.R.    ☑ Present ☐ Retained ☑ FPD ☐ CJA
U.S. Attorney: Rosetta San Nicolas      U.S. Agent:
U.S. Probation: Maria Cruz      U.S. Marshal: C. Marquez
Interpreter:      Language:

**PROCEEDINGS: Change of Plea**
- Pen and ink changes made in the plea agreement.
- Defendant sworn and examined.
- Defendant consented to enter his plea before a U.S. Magistrate Judge.
- Plea entered: Guilty to Counts I and VI.
- Report and Recommendation executed by the Court.
- Status Hearing set for: June 7, 2007 at 10:30 a.m.
- Defendant released as previously ordered by this Court.

NOTES: