IN THE DISTRICT COURT OF GUAM

FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, | CRIMINAL CASE NO. 07-00004 |
| Plaintiff, | |
| vs. | **REPORT AND RECOMMENDATION CONCERNING PLEAS OF GUILTY IN A FELONY CASE** |
| PETER OGO AGUERO, | |
| Defendant. | |

The defendant, by consent, has appeared before me pursuant to Rule 11, Fed. R. Crim. P., and has entered pleas of guilty to counts I and VI of an Indictment charging him with Dealing in Firearms, in violation of 18 U.S.C. §§ 2 and 922(a)(1)(A), and Sale of Stolen Explosive Materials, in violation of 18 U.S.C. §§ 2 and 842(h). After examining the defendant under oath, I have determined that the defendant is fully competent and capable of entering informed pleas, that the guilty pleas were intelligently, knowingly and voluntarily made, and that the offenses charged are supported by independent bases in fact establishing each of the essential elements of such offenses. I therefore recommend that the pleas of guilty be accepted

///
///
///
///

and that the defendant be adjudged guilty of such offenses and have sentence imposed accordingly.

IT IS SO RECOMMENDED.

DATED this 7th day of March 2007.

/s/ Joaquin V.E. Manibusan, Jr.
**U.S. Magistrate Judge**

## NOTICE

**Failure to file written objections to this Report and Recommendation within ten (10) days from the date of its service shall bar an aggrieved party from attacking such Report and Recommendation before the assigned United States District Judge. 28 U.S.C. § 636(b)(1)(B).**