IN THE DISTRICT COURT OF GUAM

FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, | CRIMINAL CASE NO. 07-00004 |
| Plaintiff, | |
| vs. | **ORDER ACCEPTING PLEAS OF GUILTY, ADJUDICATING GUILT AND NOTICE OF SENTENCING** |
| PETER OGO AGUERO, | |
| Defendant. | |

Pursuant to the Report and Recommendation of the United States Magistrate Judge, to which there has been no timely objection, the pleas of guilty of the Defendant to counts I and VI of an Indictment charging him with Dealing in Firearms, in violation of 18 U.S.C. §§ 2 and 922(a)(1)(A), and Sale of Stolen Explosive Materials, in violation of 18 U.S.C. §§ 2 and 842(h), are now Accepted and the Defendant is Adjudged Guilty of such offenses. All parties shall appear before this Court for a sentencing on October 1, 2007, at 10:00 a.m.

IT IS SO ORDERED.



/s/ **Frances M. Tydingco-Gatewood**
  **Chief Judge**
 **Dated: Sep 18, 2007**