JOHN T. GORMAN
Federal Public Defender
First Hawaiian Bank Building
400 Route 8, Suite 501
Mongmong, Guam 96910
Telephone: (671) 472-7111
Facsimile: (671) 472-7120

Attorney for Defendant
PETER AGUERO

FILED
DISTRICT COURT OF GUAM

SEP 19 2007

JEANNE G. QUINATA
Clerk of Court

IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR 07-000004 |
| | ) | |
| Plaintiff, | ) | STIPULATION CONTINUING |
| | ) | SENTENCING DATE |
| vs. | ) | |
| | ) | |
| PETER AGUERO, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

IT IS HEREBY STIPULATED AND AGREED by and between the parties herein that the sentencing currently scheduled for October 1, 2007, at 9:00 a.m., be continued for approximately two weeks. Counsel for defendant will be filing an objection to the Presentence Investigation Report which will effect the guideline calculation. Counsel for defendant is off-island and will be back in the office on September 24, 2007. The additional time will allow counsel to

//
//
//

ORIGINAL

prepare the objections and provide the court with adequate time to review the objections filed by the defendant prior to sentencing.

IT IS SO STIPULATED:

DATED: Mongmong, Guam, September 18, 2007.

| | |
|---|---|
| _____ | _____ |
| for JOHN T. GORMAN | ROSETTA SAN NICOLAS RSN. |
| Attorney for Defendant | Attorney for Plaintiff |
| PETER AGUERO | UNITED STATES OF AMERICA |

2