JOHN T. GORMAN
Federal Public Defender
400 Route 8, Suite 501
Mongmong, Guam 96910
Telephone: (671) 472-7111

Attorney for Defendant
PETER OGO AGUERO

IN THE UNITED STATES DISTRICT COURT
FOR THE TERRITORY OF GUAM

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR 07-00004 |
| Plaintiff, | ) ) ) | ORDER re: STIPULATION CONTINUING SENTENCING DATE |
| vs. | ) ) | |
| PETER OGO AGUERO, | ) ) | |
| Defendant. | ) ) | |

IT IS SO ORDERED that the Sentencing Hearing currently scheduled for October 1, 2007 at 9:00 a.m. is hereby continued to October 18th, 2007, at 11:00 a.m.



/s/ Frances M. Tydingco-Gatewood
　　Chief Judge
**Dated: Sep 28, 2007**