# UNITED STATES DISTRICT COURT

DISTRICT OF _____ GUAM

United States of America

**NOTICE**

V.

Peter Ogo Aguero   CASE NUMBER: CR-07-00004-001

TYPE OF CASE:

☐ **CIVIL**   X **CRIMINAL**

☐ **TAKE NOTICE** that a proceeding in this case has been set for the place, date, and time set forth below:

| PLACE | ROOM NO. |
|---|---|
|  | DATE AND TIME |

TYPE OF PROCEEDING

Sentencing

X **TAKE NOTICE** that a proceeding in this case has been rescheduled as indicated below:

| PLACE | DATE AND TIME PREVIOUSLY SCHEDULED | RESCHEDULED TO DATE AND TIME |
|---|---|---|
| **District Court of Guam**<br>**4th Floor, U.S. Courthouse**<br>**520 West Soledad Avenue**<br>**Hagåtña, GU 96910** | **Thursday, October 18, 2007 at 11:00 a.m.** | **Monday, October 22, 2007 at 9:00 a.m.** |

**JEANNE G. QUINATA, CLERK OF COURT**
U.S. MAGISTRATE JUDGE OR CLERK OF COURT

**October 17, 2007**   /s/ Leilani R. Toves Hernandez
DATE   (BY) DEPUTY CLERK

TO:   U.S. Attorney's Office
       Federal Public Defender
       U.S. Probation Office
       U.S. Marshals Service