**IN THE DISTRICT COURT OF GUAM**
**TERRITORY OF GUAM**
**CRIMINAL MINUTES**
**SENTENCING**

CASE NO.: CR-07-00004-001                                  DATE: December 14, 2007

HON. FRANCES M. TYDINGCO-GATEWOOD, Chief Judge, Presiding
Law Clerk: Sara Weber                                   Court Reporter: Wanda Miles
Courtroom Deputy: Leilani Toves Hernandez               Electronically Recorded: 9:41:29 - 10:24:24
CSO: D. Quinata

**APPEARANCES:**
Defendant: Peter Ogo Aguero                             Attorney: John Gorman
   Present    Custody    Bond    P.R.         Present    Retained    FPD    CJA
U.S. Attorney: Rosetta San Nicolas                      U.S. Agent: H. Nguyen, A.T.F.
U.S. Probation: Carleen Borja                           U.S. Marshal: D. Punzalan / T. Muna
Interpreter:                                            Language:

**PROCEEDINGS: Sentencing**
- Defendant committed to the Bureau of Prisons for a term of 15 months for Count I and 15 months for Count VI, to be served concurrently.
- Court recommendation to the Bureau of Prisons at While in prison, the defendant shall participate in any vocational and educational programs as approved by the Bureau of Prisons.
- Upon release from imprisonment, defendant is placed on supervised release for a term of 3 years for Count I and 3 years for Count II, to be served concurrently, with conditions (refer to Judgment for conditions of supervised release).
- All fines waived by the Court.
- Defendant was ordered to pay a special assessment fee of $100.00 for Count I and $100.00 for Count VI to be paid immediately after sentencing.
- Court stated the justification of the sentence imposed.
- Defendant advised of appeal rights.
- Government's oral Motion to Dismiss Counts II, III, V, VII, IX and X was granted.
- Defendant allowed to self-surrender to the U.S. Marshals Service upon designation of Bureau of Prisons.

NOTES: