1

2

3

4

5

6                              DISTRICT COURT OF GUAM

7                              TERRITORY OF GUAM

8

9    UNITED STATES OF AMERICA,          )          CRIMINAL CASE NO. 07-00004
                                        )
10                 Plaintiff,           )
                                        )
11         vs.                          )
                                        )
12   PETER OGO AGUERO,                  )                    ORDER
                                        )
13                 Defendant.           )
                                        )
14   _____)

15         On January 12, 2007, the court ordered the Defendant to surrender his firearm

16   identification card as a condition of pretrial release.  On December 14, 2007, the Defendant

17   was sentenced, and a felony judgment was filed and entered on December 28, 2007.  There

18   being no further matter pending before this court, it is no longer necessary to retain the

19   firearm identification card.  Accordingly,

20         IT IS HEREBY ORDERED that the Clerk of Court surrender the firearm identification

21   card to the Guam Police Department, Records and ID Section, for their appropriate

22   disposition.

23

24                                                **/s/ Joaquin V.E. Manibusan, Jr.**
                                                    **U.S. Magistrate Judge**
25                                                **Dated: Jan 07, 2008**

26

27

28