PS 40
(REV. 6/05)

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF GUAM

**NOTICE REGARDING UNITED STATES PASSPORT FOR CRIMINAL DEFENDANT**

| | | | |
|---|---|---|---|
| **TO**: | United States Department of State<br>Office of Passport Policy and Advisory Services<br>2100 Pennsylvania Avenue, NW, 3rd Floor<br>Washington, D.C. 20037 | **FROM**: | John W. San Nicolas II, U.S. Probation Officer<br>District of Guam<br>2nd Floor, U.S. Courthouse<br>520 West Soledad Avenue<br>Hagatna, Guam 96910 |

[ ] **Original Notice**          [X] **Notice of Disposition**

| | | | |
|---|---|---|---|
| Date: | **January 12, 2007** | Date: | **February 14, 2008** |
| By: | **Joaquin V.E. Manibusan, Jr.**<br>**U.S. Magistrate Judge** | By: | **Frances M. Tydingco-Gatewood**<br>**Chief Judge** |

| | | | |
|---|---|---|---|
| Defendant: | **AGUERO, Peter Ogo** | Case Number: | **CRIMINAL CASE #07-00004-001** |
| Date of Birth: | **XX-XX-1964** | Place of Birth: | **Yona, Guam - USA** |
| SSN: | **XXX-XX-9152** | | |

================================================================

**NOTICE OF COURT ORDER** (Order Date: **January 12, 2007**)

[X] The above-named defendant is not permitted to apply for the issuance of a passport during the pendency of this action.

[ ] The above-named defendant surrendered Passport Number _____ to the custody of the **U.S. District Court on Guam.**

**NOTICE OF DISPOSITION**

The above case has been disposed of and the above order of the court is no longer in effect.

[ ] Defendant not convicted.

[X] Defendant convicted. (**SENTENCED ON DECEMBER 14, 2007, AND SELF SURRENDERED TO THE USMS ON FEBRUARY 14, 2008**).

Original to Clerk of Court
Original to Case File
Department of State
　　☐ Not Convicted - PS40/Passport returned to defendant.
　　☐ Not Convicted - PS40/Passport enclosed for further investigation due to evidence that the document may have been issued in a false name.
　　✓ Convicted - PS40 and copy of Judgment enclosed.
Defendant (or representative)

Case 1:07-cr-00004    Document 71    Filed 03/03/2008    Page 1 of 1